## DAVIS V. THE STATE.
(Decided January 22, 1914.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

CHARLES F. DOUGLASS, for appellant. R. C. BRICK-ELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No error. Affirmed.

## DAVIDSON JEWELRY CO. V. BASSETT JEWELRY CO.
(Decided December 16, 1913.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for either party .

Per curiam. Appeal dismissed.

## DOUGLASS V. MINTO.
(Decided January 15, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER

No counsel marked for appellant. HILL, HILL, WHITING & STERN, for appellee.

Per curiam. Appeal dismissed.

## EDWARDS V. THE STATE.
(Decided January 22, 1914.)

APPEAL from Pike Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.